ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| APPTIS INC., Plaintiff, vs. THE UNITED STATES, Defendant. | No. 07-766 C<br>Judge ________ |

FILED
NOV 1 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DIRECTLY RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Apptis, Inc. ("Apptis") hereby submits the following notice of directly related cases. Apptis believes that the following cases are directly related cases as provided by Rule 40.2 of the RCFC:

1. *Serco, Inc. v. United States*, 07-691 C, filed on September 26, 2007;
2. *Stanley Associates, Inc. v. United States*, 07-732 C, filed on October 18, 2007;
3. *CGI Federal Inc. v. United States*, 07-741 C, filed on October 24, 2007; and
4. *STG, Inc. v. United States*, 07-747 C, filed on October 26, 2007.

Apptis believes that the above-listed cases, which have been consolidated and are pending before Judge Allegra, are directly related cases because they involve bid protests under the same Request for Proposals, Number TQ2006MCB0001, issued by the General Services Administration, that is the subject of Apptis' bid protest. RCFC 40.2(a)(1)(B). Apptis believes that assignment of its bid protest to Judge Allegra is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: November 1, 2007

Respectfully submitted,

By: ______________________________

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)

*Counsel of Record for Apptis, Inc.*

Of Counsel:
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ChiarodoJ@dicksteinshapiro.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2007, I caused a true and correct copy of this Notice of Directly Related Cases to be served by electronic mail on the following:

Joseph James Petrillo
Petrillo & Powell
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC 20015
*Counsel for Serco Inc.*

Susan Leslie Schor
McManus, Schor, LLP
1155 15th Street, N.W., Suite 900
Washington, DC 20005
*Counsel for Stanley Associates, Inc.*

Kyle Eric Chadwick (by hand)
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, DC 20530
*Counsel for United States of America*

John Edward McCarthy, Jr.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20004-2595
*Counsel for Electronic Data Systems*

Thomas P. Humphrey
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20004-2595
*Counsel for International Business Machines*

William Thomas Welch
Barton, Baker, McMahon & Tolle
1320 Old Chain Bridge Road
Suite 440
McLean, VA 22101
*Counsel for Indus Corporation*

David Churchill
Jenner & Block
601 13th Street, N.W.
12th Floor
Washington, DC 20005
*Counsel for General Dynamics One Source, LLC*

Patricia H. Wittie
Oldaker, Biden & Belair, LLP
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
*Counsel for CGI Federal, Inc.*

Gerald H. Werfel
Pompan, Murray & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
*Counsel for STG, Inc.*

Richard J. Conway



DSMDB-2335061v01