ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| APPTIS INC., Plaintiff, vs. THE UNITED STATES, Defendant. | No. 07-766 C<br>Judge ________ |

FILED
NOV 1 2007
U.S. COURT OF FEDERAL CLAIMS

**MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Pursuant to Appendix C, ¶ 4 of the Rules of the United States Court of Federal Claims, Plaintiff Apptis, Inc. ("Apptis"), respectfully moves the Court for leave to file its Complaint under seal. The Complaint contains confidential and proprietary information relating to Apptis' proposal under Solicitation Number TQ2006MCB0001, issued by the General Services Administration, that is the subject of this action. The Complaint also contains information about the government's source selection process disclosed to Apptis during its debriefing. In accordance with Appendix C, ¶ 6, a redacted copy of the Complaint is filed herewith. After conferring with Defendant's counsel, Apptis will move for the issuance of a Protective Order.

Dated: November 1, 2007

Respectfully submitted,

By: ______________________________

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)

*Counsel of Record for Apptis, Inc.*

Of Counsel:
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ChiarodoJ@dicksteinshapiro.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2007, I caused a copy of this Motion for Leave to File Complaint Under Seal, and a redacted copy of the Complaint, to be served by hand delivery on the following:

Kyle Eric Chadwick
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, DC 20530
*Counsel for United States of America*

Richard J. Conway



DSMDB-2333934v01