ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| APPTIS INC.,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | No. 07-766 C<br>Judge ________ |

FILED
NOV 1 2007
U.S. COURT OF FEDERAL CLAIMS

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Apptis, Inc. ("Apptis"), pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, submits the following certification: Apptis is a privately owned and controlled corporation, with no parent corporation. There are no publicly held corporations that own 10% or more of Apptis' stock.

Dated: November 1, 2007

Respectfully submitted,

By: ______________________
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ConwayR@dicksteinshapiro.com (e-mail)

*Counsel of Record for Apptis, Inc.*

Of Counsel:
Justin A. Chiarodo
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 420-2201 (facsimile)
ChiarodoJ@dicksteinshapiro.com (e-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2007, I caused a true and correct copy of Plaintiff Apptis, Inc.'s Corporate Disclosure Statement to be served by hand delivery on the following:

Kyle Eric Chadwick
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, DC 20530
*Counsel for United States of America*

Richard J. Conway



DSMDB-2333923v01